433 A.2d 119

Commonwealth v. Warren, Appellant.

Submitted March 6, 1980.  Bruce D. Foreman, for appellant;

Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Dismissal of the PCHA petition is affirmed.